■  RUTH C. MILLER et al., Respondents, v. LEON DAVIS et al., Appellants. — Order unanimously reversed, without costs of this appeal to either party and motion denied, without costs. Memorandum: The granting of plaintiff's motion to amend her complaint and bill of particulars made more than 4 years after the accident, 20 months after the alleged incurring of additional expense

and discovery of further injuries, and after the filing of notes of issue and certificates of readiness certifying the case ready for trial, was an improvident exercise of discretion. (See *Hernandez* v. *Ezrow*, 24 A D 2d 730.) (Appeal from order of Erie Special Term granting plaintiffs' motion to amend the *ad damnum* clause and serve an amended bill of particulars.) Present — Williams, P. J., Bastow, Goldman, Henry and Del Vecchio, JJ.